IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STAREKEIZZA GOODWIN, on behalf of CH**                    **PLAINTIFF**

v.                            NO. 4:21-cv-00375 PSH

**KILOLO KIJAKAZI, Acting Commissioner**                    **DEFENDANT**
**of the Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 14th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE